1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  TELICIA Y. BENSON,
11          Plaintiff,
12      vs.                              Case No. CIV S-08-0886 LKK JFM PS
13  CALIFORNIA CORRECTIONAL
    PEACE OFFICERS ASSOCIATION,
14  ET AL.,
15          Defendants.                  ORDER
16  _____/
17          Plaintiff has not paid the fee ordinarily required to file an action in this court, and
18  has filed an incomplete application to proceed without prepayment of fees on a state court form.
19  See 28 U.S.C. §§ 1914(a), 1915(a).  Specifically, plaintiff stated she is currently employed, yet
20  failed to state the amount of her take-home salary or wages and pay period and give the name and
21  address of her employer.  (Application at 1.)  Plaintiff will be provided the opportunity to submit
22  either the completed affidavit in support of a request to proceed in forma pauperis or the
23  appropriate filing fee.
24          In accordance with the above, IT IS HEREBY ORDERED that:
25          1. Plaintiff shall submit, within twenty days from the date of this order, either a
26  completed application and affidavit in support of his request to proceed in forma pauperis on the

1  form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply
2  with this order will result in a recommendation that this action be dismissed; and
3      2. The Clerk of the Court is directed to send plaintiff a new Application to
4  Proceed In Forma Pauperis.
5  DATED: May 27, 2008.

                                      UNITED STATES MAGISTRATE JUDGE

/001; benson.ifp