IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TELICIA Y. BENSON,

        Plaintiff,

    vs.                                Case No. 2:08cv0886-LKK-JFM PS

CALIFORNIA CORRECTIONAL
PEACE OFFICERS ASSOCIATION,
ET AL.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se.  Plaintiff has filed an in forma pauperis affidavit in which she states that she is presently employed and that her gross monthly earnings are $2,678.36.

        Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a).  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a).  The amount of plaintiff's earnings shows that plaintiff is able to pay the filing fee and costs.  Thus, plaintiff has made an inadequate showing of indigency.  See <u>Alexander v. Carson Adult High Sch.</u>, 9 F.3d 1448 (9th Cir. 1993); <u>California Men's Colony v. Rowland</u>, 939

1  F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).
2  Plaintiff will therefore be granted twenty days in which to submit the appropriate filing fee to the
3  Clerk of the Court.  Plaintiff is cautioned that failure to pay the fee will result in a
4  recommendation that the application to proceed in forma pauperis be denied and the instant
5  action be dismissed without prejudice.
6          Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date
7  of this order, plaintiff shall submit the appropriate filing fee.
8  DATED:  June 18, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; benson.den

2