IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TELICIA Y. BENSON,

        Plaintiff,

   vs.                              Case No. 2:08-cv-0886 LKK JFM PS

CALIFORNIA CORRECTIONAL
PEACE OFFICERS ASSOCIATION,
ET AL.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se.  On November 17, 2008, defendants filed a motion to dismiss alleging, *inter alia*, plaintiff failed to exhaust her administrative remedies prior to filing the instant Title VII claim.  On November 17, 2008, defendants filed a request to continue the December 11, 2008 status conference until the motion to dismiss is resolved.  Good cause appearing, defendants' request will be partially granted.  The status conference will be reset, if appropriate, following resolution of the motion to dismiss.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Defendants' November 17, 2008 request (docket no. 19) is partially granted;

2. The December 11, 2008 status conference set before the undersigned is vacated and will be reset, if appropriate, following resolution of the motion to dismiss.

DATED: November 20, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; benson.vac