IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TELICIA BENSON,

    Plaintiff,　　　　　　　　　　　　　　No. 2:08-cv-0886 JFM PS

  vs.

CALIFORNIA CORRECTIONAL PEACE
OFFICERS ASSOCIATION,[1]

    Defendant.　　　　　　　　　　　　　　ORDER

_____/

         A status conference was held in this matter on April 16, 2009 before the undersigned. This action is proceeding before the undersigned pursuant to 28 U.S.C. § 636(c). Plaintiff appeared in propria persona. James W. Henderson, Jr., appeared for defendant California Correctional Peace Officers Association. Upon consideration of the status reports on file in this action, discussion of plaintiff and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

---

[1] By order filed January 27, 2009, all named defendants except the California Correctional Peace Officers Association were dismissed. On January 20, 2009, plaintiff filed an amended complaint naming only the California Correctional Peace Officers Association as a defendant herein. Accordingly, the Clerk of the Court will be directed to change the caption of this case as noted above and all parties should use that caption as well.

1

1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within thirty days from the date of this order.

2. Discovery, including the hearing of discovery motions, shall be completed by November 19, 2009.

3. Dispositive motions, other than discovery motions, shall be noticed to be heard by January 21, 2010.

4. The pretrial conference is set for April 15, 2010 at 1:30 p.m. before the undersigned. Pretrial statements shall be filed in accordance with Local Rule 16-281.

5. Court trial of this matter is set for June 21, 2010 at 9:00 a.m. before the undersigned. The parties shall file trial briefs in accordance with Local Rule 16-285.

6. The parties shall exchange lists of expert witnesses no later than ninety days before trial. Fed. R. Civ. P. 26(a)(2)(C). The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P. 26(e)(1).

7. The Clerk of the Court is directed to change the caption of this case as set forth above. (See n.1 at 1.)

DATED: April 16, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; benson.oas