IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TELICIA BENSON,

        Plaintiff,　　　　　　　　　　　　No. 2:08-cv-0886 JFM PS

   vs.

CALIFORNIA CORRECTIONAL PEACE　　　<u>ORDER</u>
OFFICERS ASSOCIATION,

        Defendant.

_____/

        On April 20, 2009, defendant sought modification of this court's April 17, 2009 scheduling order. Defendant seeks amendment of the scheduling order to allow the parties to proceed with the subpoenaing of records of any third party individuals or entities whose records are relevant to the issues of this litigation. Defendant argues that allowing the parties to subpoena records from third parties would not burden plaintiff as the subpoenas would be directed to third parties. Defendant seeks to obtain plaintiff's medical records and allowing defendant to subpoena those records now would facilitate their review prior to her deposition once discovery opens.

        At the status conference, the undersigned denied defendant's request to initiate discovery prior to the deadline for initial disclosures because the court did not want to overload plaintiff with activities during the time she would be completing her initial disclosures.

1

Defendant has not shown good cause for modifying this court's April 17, 2009 order. Accordingly, IT IS HEREBY ORDERED that defendant's April 20, 2009 request to modify the April 17, 2009 order is denied.

DATED: May 4, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; benson.oas2